# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN ROBINSON, #155194, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 15-00199-WS-N |
| DEWAYNE ESTES, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Steven Robinson's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 12) is **DENIED** and that this action be **DISMISSED with prejudice**. Petitioner is not entitled to a Certificate of Appealability, or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 6th day of March, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**